

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 27, 2022

<u>VIA ECF</u>

The Honorable Judge Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Weekes v. Warner-Elektra-Atlantic Corporation*; Case No. 1:22-cv-00985-KPF

Dear Judge Failla:

We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for May 4, 2022, at 2:30 P.M. Plaintiff requests this adjournment since Defendant has not yet been served in this matter. Plaintiff filed an amended complaint in this matter on March 23, 2022 and has attempted to serve the newly named Defendant without success. We respectfully request an adjournment of 30 days to allow time for Defendant to be properly served and for Plaintiff to file an affidavit of service with the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference scheduled for May
4, 2022, is hereby ADJOURNED to June 21, 2022, at 10:00 a.m.  This
conference will proceed telephonically.  At the appointed time, the
parties are to call (888) 363-4749 and enter passcode 5123533.  Please
note, the conference line will not be available before 10:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket
entry 12.                                         SO ORDERED.

Dated:    April 28, 2022
          New York, New York

                                                  HON. KATHERINE POLK FAILLA
                                                  UNITED STATES DISTRICT JUDGE
```