


Edward Y. Kroub - Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 13, 2022

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007




Re: *Weekes v. Warner-Elektra-Atlantic Corporation;* Case No. 1:22-cv-985-KPF

Dear Judge Failla:

We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action. We submit this letter requesting a second adjournment of the initial conference set for June 21, 2022, at 10:00 a.m. We are making this request because the defendant's answer was due May 24, 2022, and has yet to appear. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, Warner-Elektra-Atlantic Corporation, and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules. Therefore, Plaintiff requests 30 days to move for default judgment per this Courts Individual Rules and Practices.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

Application GRANTED. The initial pretrial conference scheduled for June 21, 2022, is hereby ADJOURNED *sine die*. Plaintiff shall have until July 14, 2022, to move for a default judgment.

Dated: June 14, 2022
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE